IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | * * * | |
| Plaintiff | * * | **CASE NO. 1:17-cv-03230-CCB** |
| v. | * * | |
| **PHILIP R. JACOBY, JR., et al.,** | * * | |
| Defendants | * * | |
| | ******* | |

## DEFENDANT PHILIP R. JACOBY, JR.'S UNOPPOSED MOTION TO SEAL

Pursuant to Local Rule 105.11, defendant Phillip R. Jacoby, Jr. respectfully moves the Court to enter an order permitting him to file under seal his Motion for Leave to Adopt the Motion to Compel the Production of Documents and Testimony previously filed by defendant Gregory Law (ECF 90). The reasons are the same as set forth in defendant Law's motion to seal (ECF 89). The Court granted that motion and directed that the Motion to Compel and related documents be filed under seal. Plaintiff Securities and Exchange Commission and defendants Debrabandere, Law, and Montgomery do not oppose this Motion to Seal.

A proposed order is attached.

                                              Respectfully submitted,

                                              /s/ Stuart A. Berman
                                              Stuart A. Berman #08489
                                              Lerch, Early & Brewer, Chtd.
                                              7600 Wisconsin Avenue
                                              Suite 700
                                              Bethesda, MD 20814
                                              (301) 657-0729
                                              saberman@lerchearly.com
Dated:  September 10, 2019                   Counsel for Defendant Philip R. Jacoby, Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2019, this motion and proposed order were served electronically on counsel of record by the Court's CM/ECF system.

/s/ Stuart A. Berman