IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | * | |
| Plaintiff | * | Case No. 1:17-cv-03230-CCB |
| v. | * | |
| PHILIP R. JACOBY, *et al.*, | * | |
| Defendants | * | |

## **STIPULATED DISMISSAL OF DEFENDANT GREGORY I. LAW**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff United States Securities and Exchange Commission ("SEC") hereby submits this notice of stipulation of dismissal of all claims against Defendant Gregory I. Law. All parties have stipulated to Defendant Law's dismissal.

Respectfully submitted this 23rd day of September, 2019.

 /s/ Nicholas P. Heinke
Polly A. Atkinson
Nicholas P. Heinke
Zachary T. Carlyle
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000
atkinsonp@sec.gov
heinken@sec.gov
carlylez@sec.gov

*Attorneys for Plaintiff*
*UNITED STATES SECURITIES AND*
*EXCHANGE COMMISSION*

## CERTIFICATE OF SERVICE

I certify that on September 23, 2019, I caused the foregoing document to be electronically filed with the Court using the ECF system, which will send notification of such filing to ECF-registered counsel.

*/s/ Nicholas P. Heinke*
Nicholas P. Heinke