IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | * | |
| v. | * | Case No. 17-cv-03230-CCB |
| PHILIP R. JACOBY, *et al.*, | * | Jury trial demanded |
| | * | |

CONSENT MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST
DEFENDANT BOBBY DWAYNE MONTGOMERY

Plaintiff United States Securities and Exchange Commission ("Commission") respectfully moves the Court for entry of final judgment against defendant Bobby Dwayne Montgomery based on his consent to such judgment. As grounds for its motion, the Commission states as follows:

Bobby Dwayne Montgomery has consented to be enjoined by this Court and to be ordered to pay a civil penalty of $40,000. Mr. Montgomery's Consent is attached as Exhibit A.

A proposed Final Judgment, reviewed by Mr. Montgomery's counsel, is attached as Exhibit B.

No other party has alleged any counter-claim or cross-claim against Mr. Montgomery.

Based on Mr. Montgomery's Consent, the Commission has adjourned the deposition of Sinan Kazmaci scheduled for October 11, 2019. If final judgment against Mr. Montgomery is not entered, the Commission will seek leave to take Mr. Kazmaci's deposition as soon as possible.

WHEREFORE, the Commission respectfully requests that this Court enter final judgment against defendant Bobby Dwayne Montgomery, in the form attached as Exhibit B, based upon his consent to the judgment.

Respectfully submitted this 4th day of October, 2019.

          s/ Polly Atkinson
          Polly Atkinson
          Nicholas Heinke
          Zachary T. Carlyle
          Attorneys for Plaintiff
          UNITED STATES SECURITIES AND EXCHANGE COMMISSION
          1961 Stout Street, 17th Floor
          Denver, Colorado 80294
          (303) 844-1000
          atkinsonp@sec.gov

**CERTIFICATE OF SERVICE**

    I certify that on October 4, 2019, I caused the foregoing document to be electronically filed with the Court using the ECF system, which will send notification of such filing to ECF-registered counsel.

s/ Polly Atkinson