IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | * | |
| Plaintiff | * | |
| v. | * | Case No. 17-cv-03230-CCB |
| PHILIP R. JACOBY, JR. *et al.*, | * | Jury trial demanded |
| Defendants | * | |

NOTICE THAT SUMMARY JUDGMENT BRIEFING IS COMPLETE

Plaintiff, Securities and Exchange Commission, hereby gives notice that summary judgment briefing is complete in this matter and the SEC's Motions for Partial Summary Judgment are ready for decision.

The parties originally contemplated that they would file cross-motions for summary judgment and the Court entered a briefing schedule that set the final briefs (Defendants' reply memoranda in support of their cross-motions) to be due on November 20, 2020. *See* Doc. 150 (Schedule for Summary Judgment Briefing). However, neither Defendant cross-moved for summary judgment. *See* Docs. 160 (Defendant Lode B. Debrabandere's Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment); 167 (Philip R. Jacoby's Opposition to Plaintiff Securities and Exchange Commission's Motion for Partial Summary Judgment). Thus, the SEC's reply memoranda in support of their Motions for Partial Summary Judgment, filed yesterday, completed the briefing. Accordingly, the SEC's Motions for Partial Summary Judgment are ripe for decision.

1

Respectfully submitted this 22nd day of October, 2020.

*/s/Polly Atkinson*
Polly Atkinson
Nicholas Heinke
Zachary T. Carlyle
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000
atkinsonp@sec.gov
heinken@sec.gov
carlylez@sec.gov
*Attorneys for Plaintiff*
*UNITED STATES SECURITIES AND*
*EXCHANGE COMMISSION*

## CERTIFICATE OF SERVICE

I certify that on October 22, 2020, I caused the foregoing document to be electronically filed with the Court using the ECF system, which will send notification of such filing to ECF-registered counsel.

*/s/Polly Atkinson*
Polly Atkinson
