IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | * |
| *Plaintiff* | * |
| v. | * Civil Action No. CCB-17-3230 |
| PHILIP R. JACOBY, *et al.*, | * |
| *Defendants* | * |

**ORDER**

Upon consideration of defendant Lode Debrabandere's motion to seal (ECF 166) and defendant Philip Jacoby's motion to seal (ECF 172), and the responses thereto indicating the documents at issue do not need to be filed under seal or redacted, it is hereby ORDERED that:

1. Debrabandere's motion to seal (ECF 166) is DENIED; and

2. Jacoby's motion to seal (ECF 172) is DENIED.

| | |
|---|---|
| 11/12/20 | /S/ |
| Date | Catherine C. Blake |
| | United States District Judge |