IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Securities and Exchange Commission                    *

**Plaintiff,**

                                                   *

v.                                                    Case No.  17-cv-03230-CCB

Philip R. Jacoby, Jr., et al.                         *

**Defendant.**                                        *

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Defendant, Lode B. Debrabandere.

I certify that I am admitted to practice in this Court.

December 2, 2020                                      R. Stanton Jones

Date                                                  Signature

                                                   Robert Stanton Jones (Bar No. 27537)

                                                   Printed name and bar number

                                                   601 Massachusetts Ave NW, Washington DC 20001

                                                   Address

                                                   Stanton.Jones@arnoldporter.com

                                                   Email address

                                                   202-942-5563

                                                   Telephone number

                                                   202-942-5999

                                                   Fax number

*Digitally signed by: R. Stanton Jones*
*DN: CN = R. Stanton Jones email = stanton.jones@arnoldporter.com C = US*
*Date: 2020.12.02 15:13:13 -05'00'*

**CERTIFICATE OF SERVICE**

I certify that, on December 2, 2020, I caused the foregoing document to be electronically filed with the Court using the ECF system, which will send notification of such filing to ECF-registered counsel.

*/s/ R. Stanton Jones*