IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | * | |
| Plaintiff | * | |
| v. | * | Case No. 17-cv-03230-SAG |
| PHILIP R. JACOBY, JR. *et al.*, | * | |
| Defendants | * | |

### STIPULATED DISMISSAL OF DEFENDANT LODE DEBRABANDERE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff Securities and Exchange Commission ("SEC") hereby submits this notice of stipulation of dismissal of all claims against Defendant Lode Debrabandere, with prejudice. As indicated by the signatures below, all parties who have appeared in this action stipulate to Dr. Debrabandere's dismissal.[1]

Respectfully submitted this 22nd day of November, 2022.

/s/ Nicholas P. Heinke
Nicholas P. Heinke
Zachary T. Carlyle
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000
heinken@sec.gov
carlylez@sec.gov

*Counsel for United States Securities and Exchange Commission*

---

[1] Osiris did not file an appearance on the docket but nonetheless has authorized us to represent that Osiris consents to this stipulation of dismissal.

1

        */s/ R. Stanton Jones (with permission)*
R. Stanton Jones (Bar. No. 20690)
Adam J. Reinhart (pro hac vice)
Jonathan L. Stern (Bar No. 25425)
Michael D. Trager (pro hac vice)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
Stanton.Jones@arnoldporter.com
Adam.Reinhart@arnoldporter.com
Jonathan.Stern@arnoldporter.com
Michael.Trager@arnoldporter.com

*Counsel for Dr. Lode B. Debrabandere*

*/s/ Carmen Lawrence (with permission)*
Daniel C. Sale (Bar. No. 29559)
Edmund P. Power (pro hac vice)
William F. Johnson (pro hac vice)
Carmen Lawrence (pro hac vice)
King & Spalding
1700 Pennsylvania Ave., NW
Washington, D.C. 20006
Tel: (202) 737-0500
Fax: (202) 626-3737
dsale@kslaw.com
epower@kslaw.com
wjohnson@kslaw.com
clawrence@kslaw.com

*Counsel for Philip R. Jacoby, Jr.*

*/s/ Stephen Crimmins (with permission)*
Stephen J. Crimmins (Bar No. 19123)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500
Washington, DC 20005
(202) 661-7031 (phone)
(202) 661-7059 (fax)
stephencrimmins@dwt.com

*Counsel for Dwayne Montgomery*

2

*/s/ Aitan Goelman (with permission)*
Paula M. Junghans (Bar No. 00589)
Aitan D. Goelman (pro hac vice)
Caroline E. Reynolds (pro hac vice)
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-4106
pjunghans@zuckerman.com
agoelman@zuckerman.com
creynolds@zuckerman.com

*Counsel for Gregory I. Law*

## CERTIFICATE OF SERVICE

  I certify that on November 22, 2022, I caused the foregoing document to be electronically filed with the Court using the ECF system, which will send notification of such filing to ECF-registered counsel.

                       *s/ Nicholas P. Heinke*